UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ANTHONY EVANS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR,<br><br>　　　　　Defendants. | No.  2:17-cv-1890 WBS DB P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner who was proceeding pro se and in forma pauperis with a civil rights action.  On April 26, 2018, this case was closed for plaintiff's failure to prosecute.  (See ECF Nos. 14,15.)  Plaintiff's motion to re-open the case was denied on August 7, 2019.  (See ECF No. 21.)

　　　　On July 10, 2020, plaintiff filed a document in which he challenges this court's orders granting plaintiff in forma pauperis status, notifying plaintiff that he was obligated to pay the $350 filing fee, and requiring CDCR to send payments to the court from plaintiff's prison trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full.  (See Orders filed Sept. 29, 2018 (ECF Nos. 9, 10).)  Plaintiff contends that CDCR has changed its indigent minimum threshold to $25.00.  Therefore, plaintiff questions whether this court may legally continue to take payments from plaintiff's trust account each time

////

that account exceeds $10.00. He asks this court to stay payments from his trust account pending an investigation.

Plaintiff is advised that CDCR is required by statute to make payments from plaintiff's account when it exceeds $10.00. Pursuant to 28 U.S.C. § 1915(b)(2):

> After payment of the initial partial filing fee, the prisoner shall be required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account. The agency having custody of the prisoner shall forward payments from the prisoner's account to the clerk of the court each time the amount in the account exceeds $10 until the filing fees are paid.

Accordingly, this court's order requiring payment from plaintiff's trust account was, and continues to be, required by statute and a stay of the payment order is not appropriate.

For these reasons, plaintiff's motion to stay this court's payment order (ECF No. 26) is denied.

Dated:  November 16, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/evan1890.stay or